UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 PROCEEDING |
| SERENA E. POLLACK, ) | |
| ) | |
| DEBTOR. ) | |
| ) | CASE NO. 06 B 16056 |
| ) | |
| WILLIAM T. NEARY, ) | |
| UNITED STATES TRUSTEE ) | |
| ) | |
| PLAINTIFF, ) | ADVERSARY NO. 07 A 00643 |
| ) | |
| vs. ) | |
| ) | |
| SERENA E. POLLACK, ) | |
| ) | |
| DEFENDANT. ) | JUDGE JOHN H. SQUIRES |
| ) | |

## JUDGMENT ORDER SUSTAINING OBJECTION TO DISCHARGE

This matter coming to be heard on the Motion of the United States Trustee for Entry of Default and Judgment Order Denying Discharge, due notice having been given, an Order of Default having been entered and the Court having been otherwise fully advised in the premises,

**NOW THEREFORE** the Court hereby enters Judgment in favor of the United States Trustee and against the Debtor, Serena E. Pollack, and denies the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(3), and

**IT IS FURTHER ORDERED** that the Clerk is directed to serve notice to all Creditors that the Debtor herein has been denied her discharge.

DATED: OCT 11 2007           ENTERED: _____
                                      JOHN H. SQUIRES
                                      UNITED STATES BANKRUPTCY JUDGE